ATTORNEYS FOR APPELLANTS ATTORNEYS FOR APPELLEES

STEPHEN B. CAPLIN KARL L. MULVANEY

JULIA A. HUDSON BRIAN W. WELCH
Caplin Park Tousley & McCoy Bingham McHale LLP
Indianapolis, Indiana Indianapolis, Indiana

MARVIN J. FRANK STANLEY J. PARZEN
ROBERT M. HAMLETT JAMES C. SCHROEDER
Frank & Kraft, P.C. Mayer, Brown, Rowe & Maw
Indianapolis, Indiana Chicago, Illinois

 IN THE

 SUPREME COURT OF INDIANA

JASON L. INLOW, HEATHER N. JOHNSON, )
JEREMY H. INLOW and SARAH C. INLOW, )
 )
 Appellants (Plaintiffs below), ) 49S05-0302-CV-91
 ) in the Supreme Court
 v. )
 ) 49A05-0105-CV-225
ERNST & YOUNG, LLP and GREGORY P. ) in the Court of Appeals
GOOCH, )
 )
 Appellees (Defendants below). )

 APPEAL FROM THE MARION SUPERIOR COURT
 The Honorable Gerald S. Zore, Presiding Judge
 Cause No. 49D07-9908-CT-1193

 May 21, 2003
Per Curiam.
 The Court of Appeals held in this case that heirs to an estate had
standing to file a free-standing lawsuit against the estate’s accountant
for malpractice and negligence, to which action the personal representative
could later become substitute plaintiff. Inlow v. Ernst & Young, LLP, 77l
N.E.2d 1174 (Ind.Ct.App. 2002).

 We granted transfer, thereby vacating the opinion of the Court of
Appeals. Ind. Appellate Rule 58(A).

 The parties have now filed a stipulation indicating that all pending
matters between them have been settled. While we have occasionally issued
opinions on matters already settled by the litigants, here, we elect to
grant their request that the appeal be DISMISSED.

 All Justices concur, except Sullivan, J., who is not participating.